# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

    vs.

KEVIN CLARENCE BELL,

                    Defendant.

**CR-22-89-GF-BMM**


**ORDER**

Defendant Kevin Clarence Bell ("Bell") has moved for early termination of his current term of supervised release. (Doc. 123.) The Court conducted a hearing on Bell's motion on March 18, 2026. (Doc. 128.) The Government asked the Court to require Bell to complete at least half of his required supervised release. (Doc. 126.) The Court deferred ruling on Bell's motion to ensure his compliance with the conditions of supervision until July 1, 2026. (*Id.*) The Court now grants Bell's motion.

Bell pleaded guilty to possession with intent to distribute fentanyl in violation of 21 U.S.C. §§ 841(a)(1). (Doc. 25.) The Court sentenced Bell to the custody of the Bureau of Prisons on May 24, 2023, for a term of 30 months with four years of supervised release to follow. (Doc. 71.) Bell began his term of supervision on June 7, 2024. (Doc. 124 at 2.) Bell has complied with the conditions of his supervised

1

release for over one year. (*Id.*) Bell's period of supervision will expire on June 7, 2028. (*Id.*)

Federal law authorizes a defendant to move for termination of their supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Bell's supervised release. Adequate punishment has been imposed that reflects the seriousness of Bell's offense. Bell served 30 months in prison. Bell is scheduled to be discharged from supervised release on June 7, 2028. (Doc. 124 at 2.) Adequate deterrence also has been achieved. Bell's probation officer discovered Bell had one positive urinal analysis for alcohol in January 2025.  Bell's probation officer reports that Bell has complied with all Court ordered conditions outside this positive test. (*Id.* at 2.) Bell's probation officer further attests to Bell appearing goal-oriented and notes that Bell has taken steps to ensure success off supervision. (*Id.*) The Court agrees.

Bell has the opportunity to become a manager for Family Dollar upon termination of his supervised release. The Court commends Bell for his dedication to remain sober. The early termination of Bell's supervised release comports with

the § 3553(a) factors and proves "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED** that Bell's Motion for Early Termination of Supervised Release (Doc. 123) is **GRANTED**. Bell's supervised release will terminate on July 1, 2026, upon further compliance of his conditions on supervised release.

DATED this 18th day of March, 2026.

_____
Brian Morris, Chief District Judge
United States District Court